23 P.3d 774

# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

**March 2, 2001**

| | | |
|---|---|---|
| 22888 | State v. Khalil | Affirmed |

**March 28, 2001**

| | | |
|---|---|---|
| 22841 | State v. Kay; State v. Hernandez-Escabedo; State v. Hernandez Ramos | Affirmed |

**March 30, 2001**

| | | |
|---|---|---|
| 22870 | State v. Villanueva | Affirmed |

**April 2, 2001**

| | | |
|---|---|---|
| 23290 | Doe Children, In re | Affirmed |

**April 11, 2001**

| | | |
|---|---|---|
| 22962 | Doe, In re | Affirmed |

**April 20, 2001**

| | | |
|---|---|---|
| 22658 | Doe, In re | Affirmed |

**April 27, 2001**

| | | |
|---|---|---|
| 22747 | Van Epps-Kanei v. City & County of Honolulu | Affirmed |
| 22677 | Vliet v. State | Affirmed |

**May 2, 2001**

| | | |
|---|---|---|
| 22222 | Tom v. First American Title Co. | Affirmed |

**May 15, 2001**

| | | |
|---|---|---|
| 22687 | Crighton v. State, Dept. of Labor and Indus. Relations | Dismissed |